FILED _____ LODGED
_____ RECEIVED _____ COPY

NOV 3 0 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

GARY M. RESTAINO
United States Attorney
District of Arizona

RAYNETTE M. LOGAN
Assistant United States Attorney
Arizona State Bar No. 016695
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Raynette.Logan@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Rolando Jesus Quintero,

Defendant.

CR-21-00996-PHX-DJH (JZB)

**INDICTMENT**

VIO:  21 U.S.C. § 841(a)(1) and
(b)(1)(A)(viii)
(Possession With Intent to Distribute
Methamphetamine, a Controlled
Substance)
Count 1

18 U.S.C. § 924(c)(1)(A)(i)
(Possessing a Firearm in Furtherance
of a Drug Trafficking Crime)
Count 2

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
(Felon in Possession of Firearm)
Count 3

THE GRAND JURY CHARGES:

## COUNT 1

On or about February 17, 2021, in the District of Arizona, ROLANDO JESUS QUINTERO, did knowingly and intentionally possess with the intent to distribute fifty (50) grams or more of actual methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

## COUNT 2

On or about February 17, 2021, in the District of Arizona, ROLANDO JESUS QUINTERO, did knowingly possess a firearm in furtherance of a drug trafficking crime, as defined in Title 18, United States Code, Section 924(c)(2), to wit: Possession With the Intent to Distribute Methamphetamine, as alleged in Count 1 of this Indictment, a felony prosecutable in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 3

On or about February 17, 2021, in the District of Arizona, ROLANDO JESUS QUINTERO, did possess, in and affecting interstate commerce, a GSG, Model 522, .22LR caliber rifle. Defendant knowingly possessed the firearm, knowing he had been convicted of a crime punishable for a term exceeding one year, to wit: Aggravated Domestic Violence, in S1100CR201800915/EDC, on November 2, 2018, in the Superior Court of Arizona, Pinal County, a felony.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: November 30, 2021

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/

RAYNETTE M. LOGAN
Assistant U.S. Attorney

- 2 -